UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

JOHN J. LUDI,

    Plaintiff,

vs.
                                        No.: 1:24-cv-00464-SCY

LELAND C. DUDEK,
Acting Commissioner of the
Social Security Administration,

    Defendant.

**ORDER**

    Comes now Plaintiff, by counsel, having filed the Unopposed Motion for an award of attorney fees to be paid by the defendant pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d); AND THE COURT, having been duly advised in the premises and having examined said Motion, now finds that the same should be granted.

    IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED by the Court that Plaintiff be Awarded $2,455.87 in attorney fees and in reimbursement of all associated case costs in the amount of $405.00 under the Equal Access to Justice Act (EAJA), 28 U.S.C. 2412(d). This award of attorney fees will satisfy all claims under EAJA. After the Court enters the award, if counsel for Defendant can verify that Plaintiff owes no pre-existing debt subject to offset, Defendant will direct that such an award be made payable to Plaintiff's attorney.

                                                                     JUDGE STEVEN C. YARBROUGH